ACCEPTED
03-14-00234-CR
4946434
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/20/2015 9:47:15 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00234-CR

IN THE

COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

4/20/2015 9:47:15 AM

JEFFREY D. KYLE
Clerk

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

| | | |
|---|---|---|
| JOE DEREK CARR | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 147TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-11-100059

### STATE'S SECOND MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a)     Following his conviction for Tampering with Physical Evidence – Human Corpse, the appellant filed his notice of appeal in the above cause on April 10, 2014. Appellant's counsel filed a brief on February 18, 2015.

1

(c)     The State's brief is currently due on **April 20, 2015**.

(c)     This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **one**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. The attorney assigned to this case is a part-time attorney and has not had sufficient time to prepare an adequate responsive brief.

2. During the period since the appellant's brief was filed, the undersigned attorney has completed and filed an original brief in two other pending appellate cases, (i.e., *Curtis Adams v. State of Texas,* No. 03-14-00180-CR; *C.W. v. Texas Department of Family and Protective Services,* No. 03-14-00746-CV; and *Jesus Villalobos, Jr. v. State of Texas,* No. 03-13-00687-CR).

3. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **May 20, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ Rosa Theofanis*
Rosa Theofanis
Assistant District Attorney
State Bar No. 24037591
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4810
Rosa.Theofanis@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 273 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ Rosa Theofanis*
Rosa Theofanis
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 20th day of April, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Kristen Jernigan, Attorney at Law, 207 S. Austin Ave., Georgetown, Texas 78626.

*/s/ Rosa Theofanis*
Rosa Theofanis
Assistant District Attorney